IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY L. BRIM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:15-cv-57 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security | ) | Senior United States District Judge |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an Order be entered granting Defendant Nancy A. Berryhill's ("the Commissioner") Motion for Summary Judgment [ECF. No. 19], denying Plaintiff Jeffrey L. Brim's Motion for Summary Judgment [ECF No. 15], affirming the Commissioner's final decision, and dismissing this action from the docket of the Court. The Report and Recommendation ("R & R") was filed on February 17, 2017. [ECF No. 23]. Plaintiff filed a timely objection to the R & R on March 3, 2017 [ECF No. 24], and the Commissioner filed a response on March 28, 2017. [ECF No. 25]. For reasons stated in the accompanying Memorandum Opinion, Plaintiff's objection is **OVERRULED**, Plaintiff's Motion is **DENIED**, the Commissioner's Motion is **GRANTED**, the Commissioner's decision is **AFFIRMED**, and the Report and Recommendation is **ADOPTED** in its entirety.

The Clerk is directed to dismiss this action from the active docket of the Court, and to send a copy of this Order to all counsel of record as well as to United States Magistrate Judge Joel C. Hoppe.

Entered this 11th day of April, 2017.

                                                               s/Jackson L. Kiser
                                                               SENIOR UNITED STATES DISTRICT JUDGE